UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC.; BEDELL CUSTOM; BEIKIRCH AMMUNITION CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; BATAVIA MARINE & SPORTING SUPPLY; WILLIAM NOJAY, THOMAS GALVIN, and ROGER HORVATH, | | |
| Plaintiffs, | | 13-cv-00291-WMS |
| -v.- | | |
| ANDREW M. CUOMO, Governor of the State of New York; ERIC T. SCHNEIDERMAN, Attorney General of the State of New York; JOSEPH A. D'AMICO, Superintendent of the New York State Police; LAWRENCE FRIEDMAN, District Attorney for Genesee County; and GERALD J. GILL, Chief of Police for the Town of Lancaster, New York, | | |
| Defendants. | | |

## NOTICE OF CROSS-APPEAL

**PLEASE TAKE NOTICE** that defendants Andrew M. Cuomo, Governor of the State of

New York; Eric T. Schneiderman, Attorney General of the State of New York; and Joseph A.

D'Amico, Superintendent of the New York State Police hereby cross-appeal to the United States

Court of Appeals for the Second Circuit from the District Court Decision and Order, entered

December 31, 2013 (Docket No. 140), and the District Court Judgment, entered January 2, 2014

(Docket No. 141).

Dated: New York, New York
          January 3, 2014

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York
*Attorney for State Defendants*
By:
**/s/ *William J. Taylor, Jr.***
William J. Taylor, Jr.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8426
william.taylor@ag.ny.gov

APPEAL,CLOSED_2013,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:13–cv–00291–WMS

| | |
|---|---|
| New York State Rifle and Pistol Association, Inc. et al v. Cuomo et al | Date Filed: 03/21/2013 |
| Assigned to: Hon. William M. Skretny | Date Terminated: 01/02/2014 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **William Nojay** | represented by | **Brian Thomas Stapleton** |
| | | Goldberg Segalla, LLP |
| | | 11 Martine Avenue |
| | | 7th Floor |
| | | White Plains, NY 10606 |
| | | 914–798–5400 |
| | | Fax: 914–798–5401 |
| | | Email: bstapleton@goldbergsegalla.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Matthew S. Lerner** |
| | | Goldberg Segalla LLP |
| | | 8 Southwoods Boulevard |
| | | Suite 300 |
| | | Albany, NY 12211–2526 |
| | | 518–463–5400 |
| | | Fax: 518–463–5420 |
| | | Email: mlerner@goldbergsegalla.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Carl D. Michel** |
| | | Michel &Associates, P.C. |
| | | 180 East Ocean Boulevard |
| | | Suite 200 |
| | | Long Beach, CA 90802 |
| | | 562–216–4444 |
| | | Fax: 562–216–4445 |
| | | Email: cmichel@michellawyers.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Stephen P. Halbrook** |
| | | 3925 Chain Bridge Road |
| | | Suite 403 |
| | | Fairfax, VA 22030 |
| | | 703–352–7276 |
| | | Fax: 703–359–0938 |
| | | Email: protell@aol.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Galvin** | represented by | **Brian Thomas Stapleton** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Matthew S. Lerner** |
| | | (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Horvath**      represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Batavia Marine &Sporting Supply**    represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York State Rifle and Pistol Association, Inc.**    represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Westchester County Firearms Owners Association, Inc.**

represented by **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sportsmen's Association for Firearms Education, Inc.**

represented by **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**New York State Amateur Trapshooting Association, Inc.**

represented by **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Bedell Custom**                    represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Beikirch Ammunition Corporation**      represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Blueline Tactical &Police Supply, LLC**   represented by   **Brian Thomas Stapleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Lerner**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl D. Michel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrew M. Cuomo**
*Governor of the State of New York*

represented by **Benjamin K. Ahlstrom**
New York State Attorney General's Office
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716–853–8440
Fax: 716–853–8428
Email: benjamin.ahlstrom@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Anne Connell**
New York State Attorney General's Office
120 Broadway
26th Floor
New York, NY 10271
212–416–8965
Fax: 212–416–6009
Email: monica.connell@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Taylor , Jr.**
New York State Attorney General's Office
120 Broadway
26th Floor
New York, NY 10271
212–416–8426
Fax: 212–416–6009
Email: william.taylor@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric T. Schneiderman**
*Attorney General of the State of New York*

represented by **Benjamin K. Ahlstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Anne Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Taylor , Jr.**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph A. D'Amico**
*Superintendent of the New York State*
*Police*

represented by **Benjamin K. Ahlstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Anne Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Taylor , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank A. Sedita, III**
*District Attorney for Erie County*
*TERMINATED: 04/11/2013*

represented by **Shawn P. Hennessy**
Erie County Department of Law
95 Franklin Street
16th Floor
Buffalo, NY 14202
716–858–2216
Fax: 716–858–2299
Email: shawn.hennessy@erie.gov
*TERMINATED: 04/11/2013*

**Defendant**

**Gerald J. Gill**
*Chief of Police for the Town of Lancaster,*
*New York*

represented by **Kevin M. Kearney**
Hodgson Russ LLP
The Guaranty Building, Suite 100
140 Pearl Street
Buffalo, NY 14202–4040
716–848–1385
Fax: 716–849–0349
Email: kkearney@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fluskey , Jr.**
Hodgson Russ, LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202
716–848–1688
Fax: 716–849–0349
Email: rfluskey@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence Friedman**
*District Attorney for Genesee County*

**Amicus**

**National Rifle Association of America,**
**Inc.**

represented by **John G. Schmidt , Jr.**
Phillips Lytle LLP
One Canalside

125 Main Street
Buffalo, NY 14203–2887
716–847–8400
Fax: 716–852–6100
Email: jschmidt@phillipslytle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J. Cooper**
Cooper &Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9660
Fax: 202–220–9601
Email: ccooper@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
Cooper &Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202–220–9659
Fax: 202–220–9601
Email: dthompson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicolas J. Rotsko**
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203
716–847–8400
Fax: 716–852–6100
Email: nrotsko@phillipslytle.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**New York State Sheriffs' Association, Inc.**

represented by **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
Chamberlain and Kaufman
35 Fuller Road
Albany, NY 12205
(518) 435–9426
*LEAD ATTORNEY*

**Sheldon W. Boyce**
Brenna, Brenna &Boyce, PLLC
31 East Main Street
Suite 2000
Rochester, NY 14614
585–454–2000
Fax: 585–454–3010
Email: boyce@brennalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
Brenna, Brenna and Boyce, PLLC

31 East Main Street
Suite 2000
Rochester, NY 14614
585–454–2000
*LEAD ATTORNEY*

**Alfred S. Regnery**
1611 North Kent St.
#901
Arlington, VA 22209
202–258–7411

**Clinton B. Monfort**
180 E. Ocean Blvd.
Ste. 200
Long Beach, CA 90802
562–216–4444

**David Martin**
Law Office of David Henderson Martin
1611 North Kent Street
Suite 901
Arlington, VA 22209
703–807–1875

**Edwin Meese , III**
1075 Spring Hill Road
McLean, VA 22102
202–633–2001

**Amicus**

**Timothy B. Howard**              represented by    **Carl D. Michel**
*Erie County Sheriff*                                (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jeffrey Chamberlain**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Sheldon W. Boyce**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William J. Brongo**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Alfred S. Regnery**
                                                     (See above for address)

                                                     **Clinton B. Monfort**
                                                     (See above for address)

                                                     **David Martin**
                                                     (See above for address)

                                                     **Edwin Meese , III**
                                                     (See above for address)

**Amicus**

                                   represented by

**Reuel A. Todd**
*Oswego County Sheriff*

**Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

<u>**Amicus**</u>

**Barry C. Virts**
*Wayne County Sheriff*

represented by **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

<u>**Amicus**</u>

**Donald B. Smith**
*Putnam County Sheriff*

represented by **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

**Amicus**

**Thomas J. Lorey**
*Fulton County Sheriff*

represented by **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

**Amicus**

**Law Enforcement Legal Defense Fund**
*(LELDF)*

represented by   **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

<u>**Amicus**</u>

**Law Enforcement Action Network**
*(LEAN)*

represented by   **Carl D. Michel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Chamberlain**
(See above for address)
*LEAD ATTORNEY*

**Sheldon W. Boyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Brongo**
(See above for address)
*LEAD ATTORNEY*

**Alfred S. Regnery**
(See above for address)

**Clinton B. Monfort**
(See above for address)

**David Martin**
(See above for address)

**Edwin Meese , III**
(See above for address)

<u>**Amicus**</u>

| | | |
|---|---|---|
| **International Law Enforcement Educators and Trainers Association** *(ILEETA)* | represented by | **Carl D. Michel** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Chamberlain** (See above for address) *LEAD ATTORNEY* |
| | | **Sheldon W. Boyce** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William J. Brongo** (See above for address) *LEAD ATTORNEY* |
| | | **Alfred S. Regnery** (See above for address) |
| | | **Clinton B. Monfort** (See above for address) |
| | | **David Martin** (See above for address) |
| | | **Edwin Meese , III** (See above for address) |

**Amicus**

| | | |
|---|---|---|
| **The Police Foundation** | represented by | **Colin J. Garry** Sidley Austin LLP 787 Seventh Avenue New York, NY 10019 212–839–5792 Fax: 212–839–5599 Email: cgarry@sidley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Kristin Graham Koehler** Sidley Austin LLP 1501 K Street, N.W. Washington, DC 20005 (202) 736–8000 Fax: 202–736–8711 Email: kkoehler@sidley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James Edward Mendenhall** Sidley Austin LLP 1501 K Street, N.W. Washington, DC 20005 202–736–8141 Fax: 202–736–8711 Email: jmendenhall@sidley.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Lisa E. Jones** Sidley Austin LLP |

1501 K Street, N.W.
Washington, DC 20005
202−736−8256
Fax: 202−736−8711
Email: lisa.jones@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Major Cities Chiefs Association**          represented by   **Colin J. Garry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Graham Koehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Mendenhall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa E. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Brady Center to Prevent Gun
Violence**          represented by   **Colin J. Garry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Graham Koehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Mendenhall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa E. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Law Center to Prevent Gun Violence**          represented by   **Terrence M. Connors**
Connors &Vilardo, LLP
1000 Liberty Building
424 Main Street
Buffalo, NY 14202
716−852−5533
Fax: 716−852−5649
Email: tmc@connors−vilardo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Friedman**

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
212–940–8516
Fax: 212–894–5616
Email: alan.friedman@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Baum**
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1900
Chicago, IL 60661
312–902–5479
Fax: 312–902–1061
Email: jonathan.baum@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark T. Ciani**
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
212–940–6509
Fax: 212–940–8776
Email: mark.ciani@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**New Yorkers Against Gun Violence**          represented by      **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Friedman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Baum**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark T. Ciani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Moms Demand Action for Gun Sense
in America**          represented by      **Terrence M. Connors**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan R. Friedman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Baum**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark T. Ciani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Senator Kathleen A. Marchione**            represented by  **Matthew J. Kelly**
Roemer Wallens Gold &Mineaux LLP
13 Columbia Circle
Albany, NY 12203
518–464–1300
Fax: 518–464–1010
Email: mkelly@rwgmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pink Pistols**                               represented by  **Richard A. Grimm , III**
Magavern, Magavern &Grimm
1100 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716–856–3500
Fax: 716–856–3390
Email: rgrimm@magavern.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Shooting Sports Foundation,**        represented by  **Scott Charles Allan**
**Inc.**                                                       Renzulli Law Firm LLP
81 Main Street
Suite 508
White Plains, NY 10601
(914) 285–0700
Fax: (914) 285–1213
Email: sallan@renzullilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2013 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0209–1769169.), filed by BEIKIRCH AMMUNITION CORPORATION, SPORTSMENS ASSOCIATION FOR FIREARMS EDUCATION, INC., BLUELINE TACTICAL &POLICE SUPPLY, LLC, Thomas Galvin, WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC., William Nojay, NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC., NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., Roger Horvath, BEDELL CUSTOM. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet Attachment, # 3 Summons to defendant Cuomo, # 4 Summons to defendant Schneiderman, # 5 Summons to defendant Sedita, # 6 Summons to defendant Gill, # 7 Summons to defendant D'Amico)(Stapleton, Brian) (Entered: 03/21/2013) |
| 03/21/2013 |  | Case assigned to Hon. William M. Skretny. (SG) (Entered: 03/21/2013) |
| 03/21/2013 | 2 | AUTOMATIC REFERRAL to Mediation; ADR Plan electronically forwarded to attorney (SG) (Entered: 03/21/2013) |

| 03/21/2013 | 3 | Consent to Magistrate Judge forms electronically forwarded to attorney. Notification to chambers of on–line civil opening (SG) (Entered: 03/21/2013) |
|---|---|---|
| 03/21/2013 | | E–Filing Notification: Summonses must be resubmitted using AO–0440 form; please e–file the summonses using the Continuation of Exhibits event found under Responses and Replies (SG) (Entered: 03/21/2013) |
| 03/22/2013 | 4 | CONTINUATION OF EXHIBITS by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. to E–Filing Notification filed by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Stapleton, Brian) (Entered: 03/22/2013) |
| 03/25/2013 | | E–Filing Notification: Resubmit Summones without date 4 CONTINUATION OF EXHIBITS (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Stapleton, Brian) (SG) (Entered: 03/25/2013) |
| 03/25/2013 | 5 | CONTINUATION OF EXHIBITS by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. *(summonses refiled as directed)* filed by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Stapleton, Brian) (Entered: 03/25/2013) |
| 03/26/2013 | 6 | Summons Issued as to Andrew M. Cuomo, Joseph A. D'Amico, Gerald J. Gill, Eric T. Schneiderman, Frank A. Sedita, III. (SG) (Entered: 03/26/2013) |
| 04/01/2013 | 7 | SUMMONS Returned Executed by Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Blueline Tactical &Police Supply, LLC, Thomas Galvin, Westchester County Firearms Owners Association, Inc., William Nojay, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., Roger Horvath, Bedell Custom. Gerald J. Gill served on 3/26/2013, answer due 4/16/2013. (Stapleton, Brian) (Entered: 04/01/2013) |
| 04/01/2013 | 8 | SUMMONS Returned Executed by Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Blueline Tactical &Police Supply, LLC, Thomas Galvin, Westchester County Firearms Owners Association, Inc., William Nojay, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., Roger Horvath, Bedell Custom. Frank A. Sedita, III served on 3/26/2013, answer due 4/16/2013. (Stapleton, Brian) (Entered: 04/01/2013) |
| 04/02/2013 | 9 | AFFIDAVIT of Service for Summons and Complaint served on Eric Schneiderman on March 28, 2013, filed by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Stapleton, Brian) (Entered: 04/02/2013) |
| 04/02/2013 | 10 | AFFIDAVIT of Service for Summons and Complaint served on Andrew Cuomo on March 28, 2013, filed by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New |

| | | |
|---|---|---|
| | | York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Stapleton, Brian) (Entered: 04/02/2013) |
| 04/02/2013 | 11 | AFFIDAVIT of Service for Summons and Complaint served on Joseph D'Amico on March 28, 2013, filed by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Stapleton, Brian) (Entered: 04/02/2013) |
| 04/08/2013 | 12 | MOTION to Expedite *Hearing and Leave to Exceed the Page Limit for Memorandum of Law* by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit of Brian T. Stapleton, # 2 Proposed Order, # 3 Certificate of Service)(Stapleton, Brian) (Entered: 04/08/2013) |
| 04/09/2013 | 13 | MOTION to appear pro hac vice ( Filing fee $ 150 receipt number 0209−1780375.) by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit Sponsor Affidavit, # 2 Affidavit Affidavit of Stephen Halbrook, Esq. in Support of Application for Pro Hac Vice Admission, # 3 Exhibit Certificate of Good Standing Virginia Bar, # 4 Exhibit Certificate of Good Standing Eastern District of Virginia, # 5 Exhibit Attorney's Oath, # 6 Exhibit Attorney Database Information, # 7 Exhibit ECF System Registration, # 8 Exhibit Oath of Office)(Stapleton, Brian) (Entered: 04/09/2013) |
| 04/09/2013 | 14 | NOTICE of Appearance by Shawn P. Hennessy on behalf of Frank A. Sedita, III (Hennessy, Shawn) (Entered: 04/09/2013) |
| 04/09/2013 | 15 | NOTICE of Appearance by Benjamin K. Ahlstrom on behalf of Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman (Ahlstrom, Benjamin) (Entered: 04/09/2013) |
| 04/10/2013 | 16 | **TEXT ORDER** <br><br> IT HEREBY IS ORDERED, that Plaintiffs' 12 Motion to Expedite and for Extension of Page Limit is GRANTED. Plaintiffs may file a memorandum of law not to exceed 40 pages in support of their anticipated motion for injunctive relief. <br><br> FURTHER, that the 13 Motion for Pro Hac Vice admission of Stephen P. Halbrook, Esq., is GRANTED, subject to the Clerk's Office's confirmation of Mr. Halbrook's bar admission and payment of the required fee. <br><br> SO ORDERED. <br><br> Issued by William M. Skretny, Chief Judge U.S.D.C. on 4/10/2013. (CMD) (Entered: 04/10/2013) |
| 04/11/2013 | 17 | AMENDED COMPLAINT against All Defendants, filed by Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Blueline Tactical &Police Supply, LLC, Thomas Galvin, Westchester County Firearms Owners Association, Inc., William Nojay, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., Roger Horvath, Bedell Custom.(Stapleton, Brian) (Entered: 04/11/2013) |
| 04/11/2013 | 18 | Original Summons Filed. (Stapleton, Brian) (Entered: 04/11/2013) |

| 04/11/2013 | 19 | Original Summons Filed. (Stapleton, Brian) (Entered: 04/11/2013) |
|---|---|---|
| 04/11/2013 | 20 | Original Summons Filed. (Stapleton, Brian) (Entered: 04/11/2013) |
| 04/11/2013 | 21 | Original Summons Filed. (Stapleton, Brian) (Entered: 04/11/2013) |
| 04/11/2013 | 22 | Original Summons Filed. (Stapleton, Brian) (Entered: 04/11/2013) |
| 04/15/2013 | 23 | MOTION for Preliminary Injunction by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Memorandum in Support Memo of Law in Support of Motion for Prelim Injunction, # 2 Exhibit A: Overstreet Declaration, # 3 Exhibit B1: NSSF Report (1 of 3), # 4 Exhibit B2: NSSF Report (2 of 3), # 5 Exhibit B3: NSSF Report (3 of 3), # 6 Exhibit C: Rossi Declaration, # 7 Exhibit D: Horvath Affidavit, # 8 Exhibit E: Galvin Affidavit, # 9 Exhibit F: Kleck Declaration)(Stapleton, Brian) (Entered: 04/15/2013) |
| 04/15/2013 | 24 | MOTION to Expedite *Hearing on Motion for Preliminary Injunction* by Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit Affidavit of Brian Stapleton in support of motion for expedited hearing, # 2 Text of Proposed Order)(Stapleton, Brian) (Entered: 04/15/2013) |
| 04/16/2013 | 25 | MOTION for Leave to File Excess Pages , MOTION for Extension of Time to File Answer , Cross MOTION Set a Briefing Schedule or Schedule a Status Conference , MOTION to Expedite by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Text of Proposed Order)(Ahlstrom, Benjamin) (Entered: 04/16/2013) |
| 04/16/2013 | 26 | DECLARATION signed by Benjamin K. Ahlstrom re 25 MOTION for Leave to File Excess Pages MOTION for Extension of Time to File Answer Cross MOTION Set a Briefing Schedule or Schedule a Status Conference MOTION to Expedite , 24 MOTION to Expedite *Hearing on Motion for Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ahlstrom, Benjamin) (Entered: 04/16/2013) |
| 04/16/2013 | 27 | NOTICE of Appearance by Kevin M. Kearney on behalf of Gerald J. Gill (Attachments: # 1 Certificate of Service)(Kearney, Kevin) (Entered: 04/16/2013) |
| 04/16/2013 | 28 | Summons Issued as to Lawrence Friedman. (SG) (Entered: 04/16/2013) |
| 04/17/2013 | 29 | DECLARATION re 25 MOTION for Leave to File Excess Pages MOTION for Extension of Time to File Answer Cross MOTION Set a Briefing Schedule or Schedule a Status Conference MOTION to Expedite filed by Gerald J. Gill *Declaration in Support of Defendants' Motion for Various Relief* filed by Gerald J. Gill. (Attachments: # 1 Certificate of Service)(Kearney, Kevin) (Entered: 04/17/2013) |
| 04/18/2013 | 30 | TEXT ORDER<br><br>IT HEREBY IS ORDERED, that counsel for the parties shall appear before this Court on Tuesday, April 23, 2013, at 9:00 a.m. for a status conference to discuss the 23 24 25 motions relating to Plaintiffs' request for injunctive relief. Counsel are directed to meet and confer in good faith before the status conference to try and reach agreement on as many issues raised in the motions as possible.<br><br>SO ORDERED.<br><br>Issued by William M. Skretny, Chief Judge U.S.D.C. on 4/16/2013.<br><br>(MEAL) (Entered: 04/18/2013) |

| 04/18/2013 | 31 | MOTION To Attend Status Conference by Telephone re 30 Order, Set Hearings,,,, by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: #1 Affidavit In Support of Motion)(Stapleton, Brian) (Entered: 04/18/2013) |
|---|---|---|
| 04/19/2013 | 32 | TEXT ORDER. IT HEREBY IS ORDERED THAT, Plaintiffs' 31 Motion for Permission for Counsel, – Brian T. Stapleton and Monica Connell – to Appear by Telephone is GRANTED provided that counsel contacts the Court's Courtroom Deputy by close of business 4/22/2013 at 716–551–1824 with a direct dial telephone number at which counsel can be contacted for purposes of participating at the status conference. The Court will initiate the call on 4/23/2013. Counsel must remain available until called. An Attorney from the local Goldberg Segalla, LLP firm, an Assistant Attorney General from the Buffalo Office, and Kevin M. Kearny must appear in person. SO ORDERED. Issued by William M. Skretny, Chief Judge on 4/19/2013. (MEAL) (Entered: 04/19/2013) |
| 04/22/2013 | 33 | Witness List by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Stapleton, Brian) (Entered: 04/22/2013) |
| 04/22/2013 | 34 | NOTICE of Appearance by Robert J. Fluskey, Jr on behalf of Gerald J. Gill (Attachments: #1 Certificate of Service)(Fluskey, Robert) (Entered: 04/22/2013) |
| 04/22/2013 | 35 | NOTICE of Appearance by William James Taylor, Jr on behalf of Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman (Taylor, William) (Entered: 04/22/2013) |
| 04/22/2013 | 36 | MOTION for Leave to File *an Amicus Curiae Brief in Support of Plaintiffs' Motion for a Preliminary Injunction* by National Rifle Association of America, Inc.. (Attachments: #1 Declaration of John G. Schmidt, Jr., Esq., #2 Amicus Brief, #3 Certificate of Service)(Schmidt, John) (Entered: 04/22/2013) |
| 04/22/2013 | 37 | Corporate Disclosure Statement by National Rifle Association of America, Inc.. (Attachments: #1 Certificate of Service)(Schmidt, John) (Entered: 04/22/2013) |
| 04/23/2013 | 38 | SUMMONS Returned Executed by Blueline Tactical &Police Supply, LLC, Westchester County Firearms Owners Association, Inc., New York State Rifle and Pistol Association, Inc., Batavia Marine &Sporting Supply, Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Thomas Galvin, William Nojay, New York State Amateur Trapshooting Association, Inc., Roger Horvath, Bedell Custom. Lawrence Friedman served on 4/22/2013, answer due 5/13/2013. (Stapleton, Brian) (Entered: 04/23/2013) |
| 04/23/2013 | 39 | Minute Entry for proceedings held before Hon. William M. Skretny: Status Conference held on 4/23/2013. Defendants' response to Plaintiffs' 23 Motion to Preliminary Injunction and any cross motion is due 6/7/2013. Plaintiff's reply in further support of their 23 Motion for Preliminary Injunction and their response to any cross motion is due 7/8/2013. A Status Conference/Hearing is scheduled for 8/23/2013 at 9:00 AM before William M. Skretny, Chief Judge. Answer deadline as to all Defendants is 6/7/2013. Plaintiff has no objection as to 36 Motion for Leave to File an Amicus Curiae Brief. Defendants to file any opposition to 36 motion, with authority by 5/3/2013, with leave to move for additional time. Plaintiffs to file reply by 5/13/2013. For the pltfs. – Brian Stapleton, by telephone, Daniel Moar. For the defts. – Monica Connell and William Taylor by telephone, Benjamin Ahlstrom –– all for state defendants. Robert Fluskey, Jr. for defendant Gill. No appearance on behalf of defendant Friedman. (Court Reporter Michelle McLaughlin.) (MEAL) Modified on 4/24/2013. (MEAL). (Entered: 04/23/2013) |
| 04/24/2013 | | E–Filing Notification: 39 Minute Entry for proceedings held before Hon. William M. Skretny: Status Conference held on 4/23/2013. Defendants' response to |

| | | |
|---|---|---|
| | | Plaintiffs' 23 Motion to Preliminary Injunction and any cross motion is due 6/7/2013. Plaintiff's reply in further support of their 23 Motion for Preliminary Injunction and their response to any cross motion is due 7/8/2013. A Status Conference/Hearing is scheduled for 8/23/2013 at 9:00 AM before William M. Skretny, Chief Judge. Answer deadline as to all Defendants is 6/7/2013. Plaintiff has no objection as to 36 Motion for Leave to File an Amicus Curiae Brief. Defendants to file any opposition to 36 motion, with authority by 5/3/2013, with leave to move for additional time. Plaintiffs to file reply by 5/13/2013. For the pltfs. – Brian Stapleton, by telephone, Daniel Moar. For the defts. – Monica Connell and William Taylor by telephone, Benjamin Ahlstrom –– all for state defendants. Robert Fluskey, Jr. for defendant Gill. No appearance on behalf of defendant Friedman. (Court Reporter Michelle McLaughlin.) (MEAL) Modified on 4/24/2013. (MEAL). (Entered: 04/24/2013) |
| 05/02/2013 | 40 | MOTION to appear pro hac vice *David H. Thompson* ( Filing fee $ 150 receipt number 0209–1796515.) by National Rifle Association of America, Inc.. (Attachments: # 1 Affidavit of John G. Schmidt, Jr. Esq. in Support of Pro Hac Vice Admission of David H. Thompson, # 2 Pro Hac Vice Application of David H. Thompson, # 3 Attachment to Pro Hac Vice Application of David H. Thompson, # 4 Atty Oath – Thompson, # 5 Civility Oath – Thompson, # 6 Atty Database Information – Thompson, # 7 CM/ECF Registration – Thompson, # 8 Certificate of Service)(Schmidt, John) (Entered: 05/02/2013) |
| 05/02/2013 | 41 | MOTION to appear pro hac vice *Charles J. Cooper* ( Filing fee $ 150 receipt number 0209–1796517.) by National Rifle Association of America, Inc.. (Attachments: # 1 Affidavit of John G. Schmidt, Jr., Esq. in Support of Pro Hac Vice Application of Charles J. Cooper, # 2 Pro Hac Vice Application of Charles J. Cooper, # 3 Attachment to Pro Hac Vice Application – Cooper, # 4 Atty Oath – Cooper, # 5 Civility Oath – Coooper, # 6 Atty Database Information – Cooper, # 7 CM/ECF Registratioin Form – Cooper, # 8 Certificate of Service)(Schmidt, John) (Entered: 05/02/2013) |
| 05/03/2013 | 42 | DECLARATION signed by William J. Taylor, Jr. re 36 MOTION for Leave to File *an Amicus Curiae Brief in Support of Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 05/03/2013) |
| 05/07/2013 | 43 | TEXT ORDER<br><br>IT HEREBY IS ORDERED, that there being no opposition thereto, the National Rifle Association of America's 36 Motion for Leave to File Amicus Curiae Brief is GRANTED. The National Rifle Association of America shall file its [36–2] brief by May 13, 2013. Any party wishing to respond to the amicus brief must do so by June 7, 2013.<br><br>SO ORDERED.<br><br>Issued by William M. Skretny, Chief Judge U.S.D.C. on 5/7/2013.<br><br>(MEAL) (Entered: 05/07/2013) |
| 05/07/2013 | 44 | TEXT ORDER. IT HEREBY IS ORDERED, that the 40 41 Motions for Pro Hac Vice admission of David H. Thompson and Charles J. Cooper are GRANTED. Signed by William M. Skretny, Chief Judge U.S.D.C. on 5/7/2013. (MEAL) – CLERK TO FOLLOW UP. – (Entered: 05/07/2013) |
| 05/08/2013 | 45 | NOTICE of Appearance by Nicolas J. Rotsko on behalf of National Rifle Association of America, Inc. (Rotsko, Nicolas) (Entered: 05/08/2013) |
| 05/08/2013 | 46 | MEMORANDUM/BRIEF *Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction* by National Rifle Association of America, Inc.. (Attachments: # 1 Certificate of Service)(Schmidt, John) (Entered: 05/08/2013) |
| 05/14/2013 | 47 | First MOTION for Leave to File *Amicus Brief* by New York State Sheriffs' Association, Inc., Timothy B. Howard, Barry C. Virts, Reuel A. Todd, Thomas J. Lorey, Law Enforcement Legal Defense Fund, Law Enforcement Action Network, |

| | | |
|---|---|---|
| | | International Law Enforcement Educations and Trainers Association, Donald B. Smith (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Corporate Disclosure Statement)(Boyce, Sheldon) Modified to add filers on 5/15/2013 (SG). (Entered: 05/14/2013) |
| 05/15/2013 | 48 | SCHEDULING NOTICE on 47 Motion for Leave to File Amicus Brief by New York State Sheriffs' Association, Inc. Responses due by 5/29/2013. Replies due by 6/5/2013. (MEAL) (Entered: 05/15/2013) |
| 05/15/2013 | | E–Filing Notification: Entry modified to add applicable filers, 47 First MOTION for Leave to File *Amicus Brief* (SG) (Entered: 05/15/2013) |
| 05/15/2013 | 49 | ADR Plan electronically forwarded to attorneys.(SG) (Entered: 05/15/2013) |
| 05/15/2013 | 50 | ADR Plan electronically forwarded to attorneys.(SG) (Entered: 05/15/2013) |
| 05/16/2013 | 51 | MOTION to Expedite , MOTION for Extension of Time to File Response/Reply *and Response to Motion for Leave to File [Proposed] Amici Curiae Brief of New York State Sheriffs' Association et al.* by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Taylor, William) (Entered: 05/16/2013) |
| 05/16/2013 | 52 | DECLARATION signed by William J. Taylor, Jr. re 51 MOTION to Expedite MOTION for Extension of Time to File Response/Reply *and Response to Motion for Leave to File [Proposed] Amici Curiae Brief of New York State Sheriffs' Association et al.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman . (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 05/16/2013) |
| 05/22/2013 | 53 | DECLARATION re 51 MOTION to Expedite MOTION for Extension of Time to File Response/Reply *and Response to Motion for Leave to File [Proposed] Amici Curiae Brief of New York State Sheriffs' Association et al.* filed by Gerald J. Gill *Declaration of Kevin M. Kearney in Support of the State Defendants' Motion for Extension of Time* filed by Gerald J. Gill. (Attachments: # 1 Certificate of Service)(Kearney, Kevin) (Entered: 05/22/2013) |
| 05/24/2013 | 54 | DECLARATION signed by Brian T. Stapleton re 51 MOTION to Expedite MOTION for Extension of Time to File Response/Reply *and Response to Motion for Leave to File [Proposed] Amici Curiae Brief of New York State Sheriffs' Association et al.* filed by Westchester County Firearms Owners Association, Inc., New York State Rifle and Pistol Association, Inc., Sportsmen's Association for Firearms Education, Inc., Thomas Galvin, William Nojay, New York State Amateur Trapshooting Association, Inc., Roger Horvath, Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC *IN OPPOSITION* filed by Westchester County Firearms Owners Association, Inc., New York State Rifle and Pistol Association, Inc., Sportsmen's Association for Firearms Education, Inc., Thomas Galvin, William Nojay, New York State Amateur Trapshooting Association, Inc., Roger Horvath, Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC. (Attachments: # 1 Certificate of Service)(Stapleton, Brian) (Entered: 05/24/2013) |
| 05/24/2013 | 55 | TEXT ORDER IT HEREBY IS ORDERED, that there being no opposition thereto, the 47 Motion for Leave to File Amicus Curiae Brief by the New York State Sheriff's Association, et al. is GRANTED. The New York State Sheriff's Association, et al., shall file its [47–1] brief by June 3, 2013. IT IS FURTHER ORDERED, that Defendants' 51 Motion to Expedite and for an Extension of the briefing schedule is GRANTED. The deadline for Defendants' opposition to Plaintiffs' 23 Motion for Preliminary Injunction and any cross–motion for dispositive relief is EXTENDED from June 7 to June 21, 2013. The deadline for Plaintiffs' reply in further support of their 23 Motion for Preliminary Injunction and their response to any cross–motion filed by Defendants is EXTENDED from July 8 to July 22, 2013. Defendants' time to answer, move, or otherwise respond to the 17 Amended Complaint is EXTENDED from June 7 to |

| | | |
|---|---|---|
| | | June 21, 2013. The deadline for any party to respond to the amicus briefs filed by the National Rifle Association of America and the New York State Sheriff's Association, et al., is EXTENDED from June 7 to June 21, 2013.<br><br>SO ORDERED.<br><br>Issued by William M. Skretny, Chief Judge on 5/24/2013.<br><br>(MEAL) (Entered: 05/24/2013) |
| 05/29/2013 | 56 | MEMORANDUM/BRIEF *Amici Curiae Brief* by New York State Sheriffs' Association, Inc., Timothy B. Howard, International Law Enforcement Educators and Trainers Association, Law Enforcement Action Network, Law Enforcement Legal Defense Fund, Thomas J. Lorey, Donald B. Smith, Reuel A. Todd, Barry C. Virts (Boyce, Sheldon) Modified on 5/30/2013 to add filers (SG). (Entered: 05/29/2013) |
| 05/29/2013 | 57 | MOTION to appear pro hac vice ( Filing fee $ 150 receipt number 0209–1812093.) by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit Sponsor's Affidavit, # 2 Affidavit Admission Petition for C.D. Michel, # 3 Exhibit Attorney Oath, # 4 Exhibit Oath of Office, # 5 Exhibit Attorney Database Information, # 6 Exhibit ECF Registration Form)(Stapleton, Brian) (Entered: 05/29/2013) |
| 05/30/2013 | | E–Filing Notification: Modified on 5/30/2013 to add filers re 56 MEMORANDUM/BRIEF *Amici Curiae Brief* by New York State Sheriffs' Association, Inc., Timothy B. Howard, International Law Enforcement Educators and Trainers Association, Law Enforcement Action Network, Law Enforcement Legal Defense Fund, Thomas J. Lorey, Donald B. Smith, Reuel A. Todd, Barry C. Virts (Boyce, Sheldon) (SG) (Entered: 05/30/2013) |
| 06/14/2013 | 58 | NOTICE of Appearance by Monica Anne Connell on behalf of Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman (Connell, Monica) (Entered: 06/14/2013) |
| 06/14/2013 | 59 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the 57 Motion for Pro Hac Vice Admission of Carl Dawson Michel, Esq., is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 6/13/2013. (CMD) (Entered: 06/14/2013) |
| 06/21/2013 | 60 | DECLARATION signed by Benjamin K. Ahlstrom filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *Concerning June 14, 2013 Letter Requesting Leave to File Oversized Brief*. (Ahlstrom, Benjamin) (Entered: 06/21/2013) |
| 06/21/2013 | 61 | **DISREGARD, SEE 63 MOTION**Amicus Curiae APPEARANCE entered by Colin J. Garry on behalf of HE BRADY CENTER TO PREVENT GUN VIOLENCE, THE POLICE FOUNDATION, THE MAJOR CITIES CHIEFS. (Garry, Colin) Modified on 6/24/2013 (SG). (Entered: 06/21/2013) |
| 06/21/2013 | 62 | **DISREGARD, SEE 63 MOTION** MOTION for Leave to File *an Amicus Curiae Brief* by HE BRADY CENTER TO PREVENT GUN VIOLENCE, THE MAJOR CITIES CHIEFS, THE POLICE FOUNDATION. (Attachments: # 1 Amicus Brief, # 2 Certificate of Service)(Garry, Colin) Modified on 6/24/2013 (SG). (Entered: 06/21/2013) |
| 06/21/2013 | 63 | MOTION for Leave to File *an Amicus Brief* by The Brady Center to Prevent Gun Violence, the Police Foundation, and Major City Chiefs. (Attachments: # 1 Amicus Brief, # 2 Certificate of Service)(Garry, Colin) Modified on 6/24/2013 (SG). (Entered: 06/21/2013) |
| 06/21/2013 | 64 | Cross MOTION for Summary Judgment *and/or to Dismiss* by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman.(Connell, Monica) (Entered: |

| | | |
|---|---|---|
| | | 06/21/2013) |
| 06/21/2013 | 65 | Corporate Disclosure Statement by The Brady Center to Prevent Gun Violence, the Police Foundation, and Major City Chiefs. (Attachments: # 1 Certificate of Service)(Garry, Colin) (Entered: 06/21/2013) |
| 06/21/2013 | 66 | DECLARATION signed by Kevin Bruen re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *in Support of Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 67 | DECLARATION re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *by Christopher S. Koper in Support of State Defendants' Cross−Motion for Summary Judgment and/or to Dismiss and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 68 | DECLARATION signed by Franklin E. Zimring re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *in Support of Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit A)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 69 | DECLARATION signed by Lucy P. Allen re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *in Support of Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 70 | Cross MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Standing and/or for Summary Judgment* by Gerald J. Gill. (Attachments: # 1 Affidavit Declaration of Kevin Kearney, # 2 Certificate of Service Certificate of Service)(Fluskey, Robert) (Entered: 06/21/2013) |
| 06/21/2013 | 71 | DECLARATION re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *by Kathleen M. Rice in Support of State Defendants' Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 72 | DECLARATION signed by James M. Sheppard re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *in Support of Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 73 | STATEMENT OF FACTS *Pursuant to Rule 56.1(a)(1) in Support of State Defendants' Cross−Motion for Summary Judgment* by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman Related document: 64 Motion for Summary Judgment. (Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 74 | DECLARATION signed by William J. Taylor, Jr. re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *in Support of Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Connell, Monica) (Entered: 06/21/2013) |

| 06/21/2013 | 75 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15)(Connell, Monica) (Entered: 06/21/2013) |
|---|---|---|
| 06/21/2013 | 76 | DECLARATION re 74 Declaration,, filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *Continuation of Exhibits to Declaration of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 21, # 7 Exhibit 22, # 8 Exhibit 23, # 9 Exhibit 24, # 10 Exhibit 25)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 77 | MEMORANDUM in Support re 64 Cross MOTION for Summary Judgment *and/or to Dismiss and in Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Taylor, William) (Entered: 06/21/2013) |
| 06/21/2013 | 78 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 26, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 79 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 40, # 2 Exhibit 41, # 3 Exhibit 42, # 4 Exhibit 43, # 5 Exhibit 44, # 6 Exhibit 45)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 80 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 50, # 2 Exhibit 52, # 3 Exhibit 53, # 4 Exhibit 56, # 5 Exhibit 57, # 6 Exhibit 58, # 7 Exhibit 59, # 8 Exhibit 60)(Taylor, William) (Entered: 06/21/2013) |
| 06/21/2013 | 81 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 33 Part I, # 2 Exhibit 33 Part II, # 3 Exhibit 33 Part III, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 82 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 46, # 2 Exhibit 47, # 3 Exhibit 48, # 4 Exhibit 49)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 83 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 61, # 2 Exhibit 62, # 3 Exhibit 63, # 4 Exhibit 64, # 5 Exhibit 65, # 6 Exhibit 66, # 7 Exhibit 67, # 8 Exhibit 68, # 9 Exhibit 69, # 10 Exhibit 70)(Connell, Monica) (Entered: 06/21/2013) |
| 06/21/2013 | 84 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. *William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 54, # 2 Exhibit 55)(Taylor, William) (Entered: 06/21/2013) |
| 06/22/2013 | 85 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 51 Part I, # 2 Exhibit 51 Part II)(Connell, Monica) (Entered: 06/22/2013) |
| 06/24/2013 | | E−Filing Notification: Disregard entries 62 and 61 SEE 63 Motion for permission to file amicus brief (Garry, Colin) (SG) (Entered: 06/24/2013) |

| 06/25/2013 | 86 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the Defendants' 60 Request for an Extension of the Page Limitation to 80 pages is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge on 6/24/2013. (MEAL) (Entered: 06/25/2013) |
|---|---|---|
| 06/26/2013 | 87 | NOTICE of Appearance by Terrence M. Connors on behalf of Law Center to Prevent Gun Violence, New Yorkers Against Gun Violence, Moms Demand Action for Gun Sense in America (Connors, Terrence) (Entered: 06/26/2013) |
| 06/26/2013 | 88 | MOTION to appear pro hac vice *for Alan R. Friedman* ( Filing fee $ 150 receipt number 0209–1830456.) by Law Center to Prevent Gun Violence. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Connors, Terrence) (Entered: 06/26/2013) |
| 06/26/2013 | 89 | MOTION to appear pro hac vice *for Jonathan K. Baum* ( Filing fee $ 150 receipt number 0209–1830458.) by Law Center to Prevent Gun Violence. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Connors, Terrence) (Entered: 06/26/2013) |
| 06/26/2013 | 90 | MOTION to appear pro hac vice *for Mark T. Ciani* ( Filing fee $ 150 receipt number 0209–1830462.) by Law Center to Prevent Gun Violence. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Connors, Terrence) (Entered: 06/26/2013) |
| 06/27/2013 | 91 | NOTICE of Appearance by Kristin Graham Koehler on behalf of The Brady Center to Prevent Gun Violence, The Major Cities Chiefs Association, The Police Foundation (Koehler, Kristin) (Entered: 06/27/2013) |
| 06/27/2013 | 92 | MOTION to appear pro hac vice *Lisa E. Jones* ( Filing fee $ 150 receipt number 0209–1831189.) by The Brady Center to Prevent Gun Violence, The Major Cities Chiefs Association, The Police Foundation. (Attachments: # 1 Sponsor Affidavit – Jones, # 2 Admission Petition – Jones, # 3 Attorney's Oath – Jones, # 4 Civility Oath – Jones, # 5 Attorney Database – Jones, # 6 ECF Registration – Jones, # 7 Certificate of Service)(Koehler, Kristin) (Entered: 06/27/2013) |
| 06/27/2013 | 93 | MOTION to appear pro hac vice *James E. Mendenhall* ( Filing fee $ 150 receipt number 0209–1831233.) by The Brady Center to Prevent Gun Violence, The Major Cities Chiefs Association, The Police Foundation. (Attachments: # 1 Sponsor Affidavit – Mendenhall, # 2 Admission Petition – Mendenhall, # 3 Attorney's Oath – Mendenhall, # 4 Civility Oath – Mendenhall, # 5 Attorney Database – Mendenhall, # 6 ECF Registration – Mendenhall, # 7 Certificate of Service)(Koehler, Kristin) (Entered: 06/27/2013) |
| 06/28/2013 | 94 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the 88 89 Motions for Pro Hac Vice Admission of Alan R. Friedman, Esq. and Jonathan K. Baum, Esq., are GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 6/27/2013. (CMD) (Entered: 06/28/2013) |
| 06/28/2013 | 95 | MOTION for Leave to File *Brief of Amici Curiae* by Law Center to Prevent Gun Violence. (Attachments: # 1 Affidavit, # 2 Exhibit Proposed Brief, # 3 Exhibit Corporate Disclosure Statement, # 4 Certificate of Service)(Connors, Terrence) (Entered: 06/28/2013) |
| 07/01/2013 | 96 | TEXT ORDER. IT HEREBY IS ORDERED THAT the [ 90 ] Motion for Admission Pro Hac Vice of Mark T. Ciani, Esq. is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 6/28/2013. (MEAL) – CLERK TO FOLLOW UP – (Entered: 07/01/2013) |
| 07/01/2013 | 97 | SCHEDULING NOTICE on 95 Motion for Leave to File *Brief of Amici Curiae,* Response due by 7/15/2013. Reply due by 7/25/2013. (MEAL) (Entered: 07/01/2013) |
| 07/08/2013 | 98 | TEXT ORDER. IT HEREBY IS ORDERED THAT the [ 92 ] Motion for Admission Pro Hac Vice of Lisa E. Jones is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 7/3/2013. – CLERK TO FOLLOW UP – (MEAL) (Entered: 07/08/2013) |

| 07/09/2013 | 99 | TEXT ORDER. IT HEREBY IS ORDERED THAT the 93 Motion for Admission Pro Hac Vice of James E. Mendenhall is GRANTED. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 7/8/2013. (MEAL) – CLERK TO FOLLOW UP – (Entered: 07/09/2013) |
|---|---|---|
| 07/11/2013 | 100 | Consent MOTION for Extension of Time to File Response/Reply as to 70 Cross MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Standing and/or for Summary Judgment,* 64 Cross MOTION for Summary Judgment *and/or to Dismiss* by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc..(Stapleton, Brian) (Entered: 07/11/2013) |
| 07/11/2013 | 101 | DECLARATION signed by Brian Stapleton re 100 Consent MOTION for Extension of Time to File Response/Reply as to 70 Cross MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Standing and/or for Summary Judgment,* 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Blueline Tactical &Police Supply, LLC, Westchester County Firearms Owners Association, Inc., New York State Rifle and Pistol Association, Inc., Batavia Marine &Sporting Supply, Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Thomas Galvin, William Nojay, New York State Amateur Trapshooting Association, Inc., Roger Horvath, Bedell Custom filed by Blueline Tactical &Police Supply, LLC, Westchester County Firearms Owners Association, Inc., New York State Rifle and Pistol Association, Inc., Batavia Marine &Sporting Supply, Beikirch Ammunition Corporation, Sportsmen's Association for Firearms Education, Inc., Thomas Galvin, William Nojay, New York State Amateur Trapshooting Association, Inc., Roger Horvath, Bedell Custom. (Stapleton, Brian) (Entered: 07/11/2013) |
| 07/15/2013 | 102 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the Plaintiffs' 100 Unopposed Motion for Extension of Time to File Response/Reply as to Defendants' 64 Cross Motion for Summary Judgment and Defendants' 70 Cross Motion to Dismiss for Failure to State a Claim, is GRANTED. Responses are now due by 8/12/2013. Replies are now due by 9/12/2013. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 7/15/2013. (CMD) (Entered: 07/15/2013) |
| 07/15/2013 | 103 | DECLARATION signed by William J. Taylor, Jr. re 95 MOTION for Leave to File *Brief of Amici Curiae* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 07/15/2013) |
| 07/15/2013 | 104 | DECLARATION signed by William J. Taylor, Jr. re 63 MOTION for Leave to File *an Amicus Brief* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 07/15/2013) |
| 07/16/2013 | | Mail Returned as Undeliverable. Forward time expired. 98 Order on Motion for Pro Hac Vice, sent to Edwin Meese (MD) (Entered: 07/16/2013) |
| 07/16/2013 | 105 | Consent MOTION to Amend/Correct *Exhibits to Declaration of William J. Taylor, Jr. (Docket Nos. 74–76, 78–85)* by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 07/16/2013) |
| 07/16/2013 | 106 | DECLARATION signed by William J. Taylor, Jr. re 105 Consent MOTION to Amend/Correct *Exhibits to Declaration of William J. Taylor, Jr. (Docket Nos. 74–76, 78–85)* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman . (Attachments: # 1 Exhibit Corrected Exhibit 11, # 2 Exhibit Corrected Exhibit 20, # 3 Exhibit Corrected Exhibit 27, # 4 Exhibit Corrected Exhibit 45, # 5 Exhibit Corrected Exhibit 46, # 6 Exhibit Corrected Exhibit 47, # 7 Exhibit Corrected Exhibit 48, # 8 Certificate of Service)(Taylor, William) (Entered: 07/16/2013) |

| 07/23/2013 | 107 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the 105 Consent Motion for Permission to File Corrected Exhibits is GRANTED. Defendants must file corrected exhibits by 7/26/2013. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 7/22/2013. (CMD) (Entered: 07/23/2013) |
|---|---|---|
| 07/26/2013 | 108 | CONTINUATION OF EXHIBITS by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. to 74 Declaration,, *of William J. Taylor, Jr.* –– *Corrected Exhibit 11* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit Corrected Exhibit 20, # 2 Exhibit Corrected Exhibit 27, # 3 Exhibit Corrected Exhibit 45, # 4 Exhibit Corrected Exhibit 46, # 5 Exhibit Corrected Exhibit 47, # 6 Exhibit Corrected Exhibit 48, # 7 Certificate of Service)(Taylor, William) (Entered: 07/26/2013) |
| 08/05/2013 | 109 | MOTION for Leave to File Excess Pages by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit In Support of Plaintiffs' Unopposed Motion to Exceed the Page Limitation for a Memorandum of Law in Further Support of a Preliminary Injunction)(Lerner, Matthew) (Entered: 08/05/2013) |
| 08/07/2013 | 110 | Consent MOTION for Extension of Time to File Response/Reply as to 70 Cross MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Standing and/or for Summary Judgment*, 64 Cross MOTION for Summary Judgment *and/or to Dismiss* by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Affidavit Affirmation of Brian Stapleton, Esq., In Support of Motion)(Stapleton, Brian) (Entered: 08/07/2013) |
| 08/12/2013 | 111 | TEXT ORDER. IT HEREBY IS ORDERED THAT, the Plaintiffs' 110 Motion for Extension of Time to File a Response to Defendants' 64 Cross Motion for Summary Judgment and Defendants' 70 Cross Motion to Dismiss, is GRANTED. Responses are now due by 8/19/2013. Replies are now due by 9/24/2013. THIS IS THE FINAL EXTENSION. Further, the Status Conference scheduled for 8/23/2013 before William M. Skretny, Chief Judge is ADJOURNED until briefing is complete. FURTHER, Plaintiffs' 109 Motion for the enlargement of the page limitation for their reply in further support of their 23 Motion for Preliminary Injunction is GRANTED in part and DENIED in part. Plaintiffs may submit a fifty (50) page memorandum. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 8/12/2013. (MEAL) (Entered: 08/12/2013) |
| 08/19/2013 | 112 | MOTION Leave to File Amicus Brief by Kathleen A. Marchione.(Kelly, Matthew) (Entered: 08/19/2013) |
| 08/19/2013 | 113 | Cross MOTION for Summary Judgment by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc..(Stapleton, Brian) (Entered: 08/19/2013) |
| 08/19/2013 | 114 | MEMORANDUM in Support re 23 MOTION for Preliminary Injunction , 70 Cross MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and for Lack of Standing and/or for Summary Judgment*, 64 Cross MOTION for Summary Judgment *and/or to Dismiss*, 113 Cross MOTION for Summary Judgment *Omnibus Memorandum of Law in Support, Reply and Opposition* filed by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms |

| | | |
|---|---|---|
| | | Education, Inc., Westchester County Firearms Owners Association, Inc.. (Stapleton, Brian) (Entered: 08/19/2013) |
| 08/19/2013 | 115 | STATEMENT OF FACTS *Plaintiffs' Reply to Defendants' Rule 56.1 Statement of Facts* by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc. Related document: 73 Statement of Facts, 70 Motion to Dismiss for Failure to State a Claim, 113 Motion for Summary Judgment, 114 Memorandum in Support of Motion,,,. (Stapleton, Brian) (Entered: 08/19/2013) |
| 08/19/2013 | 116 | STATEMENT OF FACTS *Plaintiffs' Rule 56.1 Counter−Statement of Undisputed Material Facts* by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc. Related document: 73 Statement of Facts, 113 Motion for Summary Judgment, 115 Statement of Facts,, 64 Motion for Summary Judgment, 114 Memorandum in Support of Motion,,,. (Attachments: # 1 Exhibit A − Pew Report, # 2 Exhibit B − BJS Report, # 3 Exhibit C − CRS Report, # 4 Exhibit D − FBI UCRs Summary, # 5 Exhibit E − King Affidavit, # 6 Exhibit F − Sommavilla Affidavit, # 7 Exhibit G − Karp Affidavit, # 8 Exhibit H − Cushman Affidavit, # 9 Exhibit I − Galvin Affidavit, # 10 Exhibit J − Bedell Affidavit, # 11 Exhibit K − Farnung Affidavit, # 12 Exhibit L − Rosenshine Affidavit, # 13 Exhibit M − Barrett Affidavit, # 14 Exhibit N − Diagram, # 15 Exhibit O − Roberts Declaration)(Stapleton, Brian) (Entered: 08/19/2013) |
| 08/26/2013 | 117 | MOTION for Leave to File *an Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment* by Pink Pistols. (Attachments: # 1 Declaration of Richard A. Grimm, III, # 2 Memorandum in Support, # 3 Certificate of Service)(Grimm, Richard) (Entered: 08/26/2013) |
| 08/30/2013 | 118 | **TEXT ORDER**<br><br>Under this Court's broad discretion, see, e.g., United States v. Ahmed, 788 F. Supp. 196, 198 n. 1 (S.D.N.Y. 1992), each of the pending motions for leave to file amicus briefs [63, 95, 112, 117] are GRANTED. All briefs must be filed by September 9, 2013. Any party wishing to respond to these amicus briefs must do so by October 1, 2013.<br><br>Further, with six amicus briefs having already been permitted, absent extraordinary circumstances, this Court will deny further motions to file amicus briefs unless the motion for leave is filed by October 1, 2013.<br><br>SO ORDERED.<br><br>Issued by William M. Skretny, Chief Judge U.S.D.C. on 8/30/2013. (CMD) (Entered: 08/30/2013) |
| 08/30/2013 | 119 | MEMORANDUM/BRIEF *AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT* by Pink Pistols. (Attachments: # 1 Certificate of Service)(Grimm, Richard) (Entered: 08/30/2013) |
| 09/02/2013 | 120 | MEMORANDUM/BRIEF *in support of Defendants' cross−motion for summary judgment* by Law Center to Prevent Gun Violence. (Attachments: # 1 Certificate of Service)(Connors, Terrence) (Entered: 09/02/2013) |
| 09/04/2013 | 121 | MEMORANDUM/BRIEF *Amici Curiae Brief in Support of Defendants* by The Brady Center to Prevent Gun Violence, The Major Cities Chiefs Association, The Police Foundation. (Attachments: # 1 Certificate of Service)(Jones, Lisa) (Entered: 09/04/2013) |

| 09/24/2013 | 122 | REPLY/RESPONSE to re 64 Cross MOTION for Summary Judgment *and/or to Dismiss*, 113 Cross MOTION for Summary Judgment *Reply Memorandum of Law in Further Support of State Defendants' Cross−Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiffs' Cross−Motion for Summary Judgment* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 09/24/2013) |
|---|---|---|
| 09/24/2013 | 123 | REPLY/RESPONSE to re 116 Statement of Facts,,,, 73 Statement of Facts, *State Defendants' Response to Plaintiffs' Local Civil Rule 56(a)(2) Counter−Statement and Supplemental Statement of Undisputed Material Facts* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 09/24/2013) |
| 09/24/2013 | 124 | DECLARATION signed by Christopher S. Koper re 64 Cross MOTION for Summary Judgment *and/or to Dismiss*, 113 Cross MOTION for Summary Judgment filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *Supplemental Declaration of Christopher S. Koper* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Taylor, William) (Entered: 09/24/2013) |
| 09/24/2013 | 125 | DECLARATION signed by William J. Taylor, Jr. re 113 Cross MOTION for Summary Judgment , 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *Supplemental Declaration of William J. Taylor, Jr.* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Exhibit 71, # 2 Exhibit 72, # 3 Exhibit 73, # 4 Exhibit 74, # 5 Exhibit 75, # 6 Certificate of Service)(Taylor, William) (Entered: 09/24/2013) |
| 09/27/2013 | 126 | MOTION for Leave to File *Amicus Brief in Support of Plaintiffs' Motion for Summary Judgment* by National Shooting Sports Foundation, Inc.. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Certificate of Service)(Allan, Scott) (Entered: 09/27/2013) |
| 10/07/2013 | 127 | **TEXT ORDER**<br><br>IT HEREBY IS ORDERED, that there being no opposition thereto, and because the motion was filed before October 1, 2013, the 126 Motion for Leave to File Amicus Curiae Brief by National Shooting Sports Foundation, Inc. is GRANTED. It shall file its [126−1] brief by October 11, 2013.<br><br>IT IS FURTHER ORDERED, that all parties and amici curiae shall supply this Court with courtesy copies of relevant memoranda only. This excludes notices of motion, declarations, statements of fact, et cetera. The memoranda, which should be properly bound, are due in chambers by October 11, 2013.<br><br>SO ORDERED.<br><br>Issued by William M. Skretny, Chief Judge U.S.D.C. on 10/4/2013. (CMD) (Entered: 10/07/2013) |
| 10/08/2013 | 128 | MOTION for Leave to File Excess Pages by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc..(Stapleton, Brian) (Entered: 10/08/2013) |
| 10/08/2013 | 129 | MOTION for Permission to Submit Additional Authority and a Supplemental Exhibit re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 10/08/2013) |
| 10/08/2013 | 130 | DECLARATION signed by William J. Taylor, Jr. re 129 MOTION for Permission to Submit Additional Authority and a Supplemental Exhibit re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 |

| | | Exhibit C, # 4 Certificate of Service)(Taylor, William) (Entered: 10/08/2013) |
|---|---|---|
| 10/08/2013 | 131 | DECLARATION signed by Richard Lynch re 129 MOTION for Permission to Submit Additional Authority and a Supplemental Exhibit re 64 Cross MOTION for Summary Judgment *and/or to Dismiss* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman . (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 10/08/2013) |
| 10/08/2013 | 132 | MEMORANDUM/BRIEF *Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment* by National Shooting Sports Foundation, Inc.. (Attachments: # 1 Certificate of Service)(Allan, Scott) (Entered: 10/08/2013) |
| 10/09/2013 | 133 | MEMORANDUM in Support re 113 Cross MOTION for Summary Judgment filed by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc.. (Attachments: # 1 Exhibit Supplemental Declaration of Gary Kleck, # 2 Certificate of Service)(Stapleton, Brian) (Entered: 10/09/2013) |
| 10/15/2013 | 134 | TEXT ORDER. IT HEREBY IS ORDERED THAT, State Defendants' 129 Motion for Permission to Submit Additional Authority re 64 Cross MOTION for Summary Judgment is GRANTED; FURTHER, State Defendants' 129 Motion to Submit Supplemental Exhibit re 64 Cross MOTION for Summary Judgment is DENIED; FURTHER, State Defendants to file their additional authority no later than 10/18/2013. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 10/13/2013. (CMD) (Entered: 10/15/2013) |
| 10/15/2013 | 135 | TEXT ORDER. IT HEREBY IS ORDERED THAT, Plaintiffs' 128 Motion for Leave to File Excess Pages in their Reply Memorandum of Law in support of 113 Cross Motion for Summary, is GRANTED. Plaintiffs' Reply Memorandum not to exceed 30 pages. SO ORDERED. Issued by William M. Skretny, Chief Judge U.S.D.C. on 10/13/2013. (CMD) (Entered: 10/15/2013) |
| 10/18/2013 | 136 | DECLARATION signed by William J. Taylor, Jr. re 134 Order, Terminate Motions, Set/Reset Motion and RRDeadlines/Hearings,,, filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman *Re Submission of Additional Authority*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Taylor, William) (Entered: 10/18/2013) |
| 10/21/2013 | | Mail Returned as Undeliverable.Forward Time Expired 134 Order, Terminate Motions, Set/Reset Motion and RRDeadlines/Hearings, 135 Order, Terminate Motions, sent to Edwin Meese (MD) (Entered: 10/21/2013) |
| 11/22/2013 | 137 | MOTION for Hearing *Request for Hearing or Conference on Request for Preliminary Relief* by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, New York State Amateur Trapshooting Association, Inc., New York State Rifle and Pistol Association, Inc., William Nojay, Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc..(Stapleton, Brian) (Entered: 11/22/2013) |
| 11/26/2013 | 138 | REPLY/RESPONSE to re 137 MOTION for Hearing *Request for Hearing or Conference on Request for Preliminary Relief* filed by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 11/26/2013) |
| 12/23/2013 | 139 | TEXT ORDER

On November 22, 2013, Plaintiffs requested a hearing on the pending motions. 137 .

But given the breadth and thoroughness of the briefing by the parties and amici already submitted to this Court, it is prepared to resolve the pending motions without a hearing. Further, this Court is fully cognizant of the impending deadlines instituted by the SAFE Act and the possible effects those deadlines may have on |

| | | the public and government administration. Therefore, considering both that the issues have been comprehensively briefed and that various deadlines imposed by the Act will soon take effect, this Court will issue a decision on the merits in advance of the deadline dates. |
| | | |
| | | SO ORDERED. |
| | | |
| | | Issued by William M. Skretny, Chief Judge on 12/23/2013. |
| | | |
| | | (MEAL) (Entered: 12/23/2013) |
| 12/31/2013 | 140 | DECISION AND ORDER GRANTING in part and DENYING in part Plaintiffs' 113 Motion for Summary Judgment; DENYING as moot Plaintiffs' 23 Motion for a Preliminary Injunction; GRANTING in part and DENYING in part the New York State Defendants' 64 Motion for Summary Judgment and Motion to Dismiss; GRANTING in part and DENYING in part Gerald Gill's 70 Motion for Summary Judgment and Motion to Dismiss; DIRECTING the Clerk of the Court to close this case. |
| | | |
| | | Signed by William M. Skretny, Chief Judge on 12/31/2013. |
| | | |
| | | (Attachments: # 1 Appendix A, # 2 Connecticut State Police Press Release, # 3 A Guide to Mass Shootings in America) (MEAL) |
| | | |
| | | – CLERK TO FOLLOW UP – (Entered: 12/31/2013) |
| 01/02/2014 | 141 | JUDGMENT based on Decision and Order filed on December 31, 2013. Signed by Michael J. Roemer, Clerk of Court on 1/2/14. (SG) (Entered: 01/02/2014) |
| 01/03/2014 | 142 | NOTICE OF APPEAL as to 140 Order on Motion for Preliminary Injunction, Order on Motion to Expedite, Order on Motion for Leave to File Excess Pages, Order on Motion for Extension of Time to Answer, Order on Motion for Miscellaneous Relief,, Order on Motion for Summary Judgment, Order on Motion to Dismiss for Failure to State a Claim, 141 Judgment by Batavia Marine &Sporting Supply, Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical &Police Supply, LLC, Thomas Galvin, Roger Horvath, National Rifle Association of America, Inc., New York State Amateur Trapshooting Association, Inc., Sportsmen's Association for Firearms Education, Inc., Westchester County Firearms Owners Association, Inc., William Nojay Filing fee $ 505, receipt number 0209–1946206. (Stapleton, Brian) Modified to add filer on 1/6/2014 (SG). (Entered: 01/03/2014) |
| 01/03/2014 | 143 | NOTICE OF CROSS APPEAL as to 140 Order on Motion for Preliminary Injunction, Order on Motion to Expedite, Order on Motion for Leave to File Excess Pages, Order on Motion for Extension of Time to Answer, Order on Motion for Miscellaneous Relief,, Order on Motion for Summary Judgment, Order on Motion to Dismiss for Failure to State a Claim, 141 Judgment by Andrew M. Cuomo, Joseph A. D'Amico, Eric T. Schneiderman. Filing fee $ 455, receipt number 0209–1946611. (Attachments: # 1 Certificate of Service)(Taylor, William) (Entered: 01/03/2014) |