

Brian T. Stapleton | Partner
Direct 914.798.5470 | bstapleton@goldbergsegalla.com

January 28, 2014

**VIA CM/ECF**

Clerk of Court Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Re: New York State Rifle And Pistol Association, Inc., et al. v. Andrew M. Cuomo Governor of the State of New York, et al.**
               **Docket No.: 13-CV-291S**

Dear Ms. O'Hagan Wolfe:

      I represent Plaintiffs New York State Rifle And Pistol Association, Inc.; Westchester County Firearms Owners Association, Inc.; Sportsmen's Association For Firearms Education, Inc.; New York State Amateur Trapshooting Association, Inc.; Bedell Custom; Beikirch Ammunition Corporation; Blueline Tactical & Police Supply, LLC; Batavia Marine & Sporting Supply; William Nojay; Thomas Galvin; and Roger Horvath in the above-referenced appeal.

      Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that this Court set the deadline for Plaintiffs' Appellants' Brief for April 29, 2014. This requested date is within 91 days from our filing of the certificate that no transcript will be ordered, which is January 28, 2014.

      Thank you for your consideration of my request.

                         Very truly yours,

                         **GOLDBERG SEGALLA LLP**

                         *s/ Brian Stapleton*
                         Brian T. Stapleton

BTS